UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HEATHER GAKER, ) ) Plaintiff, ) ) v. ) ) CITIZENS DISABILITY, LLC, ) ) Defendant. ) | Case No. 20-CV-11031-AK |

**JUDGMENT**

**A. KELLEY, D.J.**

This Court granted summary judgment to plaintiff Heather Gaker and found defendant Citizens Disability, LLC liable for seven violations of the Telephone Consumer Protection Act.

Compensatory damages are assessed in the amount of $3,500 against Citizens Disability, LLC.

Post-judgment interest will apply as provided by law.[1]

**SO ORDERED.**

Dated: February 6, 2023 /s/ Angel Kelley
 Hon. Angel Kelley
 United States District Judge

---

[1] The post-judgment interest rate effective this date is 4.80%.